IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

HELEN ANN DODSON,                          )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )
                                           )
NANCY A. BERRYHILL, Acting                 )
Commissioner of Social Security,           )
                                           )
                    Defendant.             )    Civil Action No. 5:16-CV-269-C

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting

Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate

Judge entered a Report and Recommendation on February 12, 2018.

The Report and Recommendation recommends that the Court affirm the final decision of

the Commissioner. Plaintiff failed to timely file any objections to the Report and

Recommendation.[1] After reviewing the thorough, cogent, and well-reasoned Report and

Recommendation, the Court is of the opinion that the Report and Recommendation should be

adopted as the findings and conclusions of the Court.

It is, therefore, ORDERED that the findings and conclusions in the Report and

Recommendation are hereby ADOPTED by the Court.

_____

[1]The record in this case indicates that counsel for Plaintiff received an electronic notice of
the Magistrate Judge's Report and Recommendation on February 12, 2018. Thus, the fourteen-
day period allowed for filing objections has expired.

The Commissioner's decision is **AFFIRMED** and the above-styled and -numbered civil action is **DISMISSED**.

Dated this _____ day of March, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE